LAW OFFICES OF MICHAEL T. HARRISON          JS-6
   Michael T. Harrison (SBN: 158983)
   *mharrison30@aol.com*
25876 The Old Road, #304
Stevenson Ranch, CA  91381
Telephone: (661) 257-2854
Facsimile: (661) 257-3068

Attorneys for Plaintiff Marsi Zintel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated, | Case No. CV 09-05518 DMG (CWx) |
|         Plaintiff, | ORDER OF MUTUAL DISMISSAL WITH PREJUDICE [11] |
|      vs. | JS-6 |
| AMERICAN SECURITY BANK, | |
|         Defendant. | |

It appearing to the satisfaction of the Court, as evidenced by the signatures of counsel for both parties in the Stipulation Of Dismissal With Prejudice filed in the above styled case, that this case and all counterclaims should be dismissed with prejudice;

It is, therefore, ORDERED, ADJUDGED AND DECREED that this case and all counterclaims are DISMISSED with prejudice, with each party to bear its own costs, including attorneys' fees.

DATED:  February 12, 2010

_____
Hon. Dolly M. Gee
United States District Judge

CERTIFICATE OF SERVICE